PER CURIAM.
Affirmed. Hargrett v. State, 255 So.2d 298 (Fla. 3d DCA 1971); Wetherington v. State, 263 So.2d 294 (Fla. 3d DCA 1972); Garmise v. State, 311 So.2d 747 (Fla. 3d DCA 1975); Codie v. State, 313 So.2d 754 (Fla.1975); Bristow v. State, 338 So.2d 553 (Fla. 3d DCA 1976); Atkinson v. State, 378 So.2d 324 (Fla. 3d DCA 1980); Teague v. State, 390 So.2d 405 (Fla. 5th DCA 1976); Bassett v. State, 392 So.2d 1025 (Fla. 5th DCA 1981); Knight v. State, 394 So.2d 997 (Fla. 3d DCA 1981); Fla.R.Crim.P. 3.390(d).